IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRAY CODANE GREEN,<br>        *Petitioner,* | :<br>:<br>: |
| v. | :   CIVIL NO. 26-0773<br>: |
| J.L. JAMISON et al.,<br>        *Respondents.* | :<br>: |

## ORDER

AND NOW, this **17th** day of **February 2026**, it is hereby **ORDERED** that Petitioner may file a reply of no more than 8 pages in response to the Government's Response in Opposition (ECF No. 4) by **February 24, 2026**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**

1