IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRAY CODANE GREEN, :
                  *Petitioner,* :
                   :
        v. : **CIVIL NO. 26-0773**
                   :
J.L. JAMISON et al., :
                  *Respondents.* :

### ORDER

**AND NOW,** this **26th** day of **February 2026,** upon consideration of Andray Codane Green's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Green from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on February 26, 2026.

2. The Government is enjoined from detaining Mr. Green under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**